No. 94–8686. COLLIER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8687. BROCK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–8688. CATALDO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–8689. GREEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8694. McCOY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8696. PORTER v. FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 94–8697. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–8702. TSCHUOR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–8703. WITHERSPOON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–1287. PHILLIPS PETROLEUM CO. v. JOHNSON ET AL.;
No. 94–1292. BABBITT, SECRETARY OF THE INTERIOR, ET AL. v. PHILLIPS PETROLEUM CO. ET AL.; and
No. 94–1479. ATLANTIC RICHFIELD CO. v. BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

No. 94–7246. JONES v. BAKER, WARDEN, 513 U. S. 1164;
No. 94–7582. IN RE ENGLEFIELD, ante, p. 1014;
No. 94–7725. LANE v. UNIVERSAL CITY STUDIOS, INC., ante, p. 1007; and
No. 94–7999. VARGAS v. THOMAS, WARDEN, ante, p. 1040. Petitions for rehearing denied.

No. 94–7657. LINEHAN v. HARVARD UNIVERSITY, 513 U. S. 1199. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.